WATSON vs. DICKEY & GASTON.

You cannot join several defendants who are sued in different rights

DEBT in the debet, and detinet on a joint obligation executed to the plaintiff by the defendant, Dickey and Glasgow deceased.

The plaintiff declared against Dickey, as surviving obligor, and against Dickey and Gaston as executors of Glasgow.

BLOCKSOM, for plaintiff.

LAIRD, for defendants.

The defendant demurred specially to the declaration " for that the said S. Dickey is charged as principal, and H. Gaston as executor of Glasgow deceased; and the said S. Dickey is charged, in the said declaration, both as principal in his own right, and as executor in right of Glasgow." LAIRD cited 1st Bac. Ab. 53—Cro. Eliz. 406—3d East 104—5th East 150—6th East 405—4th Bac. Ab. 607—2d Vez. 101-100—1st Caines 122—2d Wash. 136—and 2d H. & M. 124.

PRESIDENT.—This declaration cannot be supported; you cannot charge an executor in the debet and detinet, for it is not his debt, but that of the testator; neither can you join a defendant in his own right, with an executor who defends in another right, for the same judgment is not to be rendered against both; the first is answerable *de bonis propriis*, the latter *de bonis testatoris* only.

Demurrer sustained.